UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSCAR ALEMAN PEDRAZA,

      Petitioner,

    v.                       Case No.:  2:26-cv-00519-SPC-DNF

WARDEN/FACILITY
ADMINISTRATOR, FLORIDA
SOFT SIDE SOUTH *et al.*,

      Respondents.

/

## **OPINION AND ORDER**

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 11).  Oscar Aleman Pedraza filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Aleman Pedraza would be removed in the reasonably foreseeable future.  But in light of Aleman Pedraza's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.   Aleman Pedraza is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Oscar Aleman Pedraza's Petition for Writ of Habeas Corpus (Doc. 1) is

**GRANTED**.

1. The respondents shall release Aleman Pedraza within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 4, 2026.

*Sheri Polster Chappell*

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record